IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JACK ANDREW PHILLIPS,

    Plaintiff,

v.                                CASE NO. 5:11-cv-134-RS-GRJ

WARDEN, FCI MARIANNA,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

On July 17, 2013, the Court ordered Petitioner to show cause before August 6, 2013, as to why this case should not be dismissed for failure to prosecute. (Doc. 12.) The Order was returned as undeliverable. (Doc. 13.) The Federal Bureau of Prisons' inmate locator website reflects that Petitioner was released from custody on February 28, 2013. Petitioner has not yet filed a change of address with the Court despite his release from custody last year. Because Petitioner is no longer in custody, he has achieved all of the relief which he requested in the Petition and to which he would have been entitled had this Court granted his petition. The action is therefore moot unless there are collateral consequences that arise from Petitioner's conviction. *Minor v. Dugger*, 864 F.2d 124, 125 (11th Cir. 1989) (citations omitted).

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for

failure to prosecute.

**IN CHAMBERS**, at Gainesville, Florida, this 6th day of August 2013.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**