IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JACK ANDREW PHILLIPS,

    Plaintiff,

v.                                       CASE NO. 5:11-cv-134-RS-GRJ

WARDEN, FCI MARIANNA,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 14). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Pursuant to Rule 41(b), this case is **DISMISSED with prejudice** for failure to prosecute.

3. The clerk is directed to close the file.

**ORDERED** on September 4, 2013.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**